WILLIAM SCHMIDT and another *vs.* JOHN GRACE.

December 14, 1876.

The evidence held sufficient to sustain a finding of fact.

Appeal by defendant from a judgment of the municipal court of the city of St. Paul, after a trial by the court, and the denial of a motion for a new trial.

*John B. & W. H. Sanborn,* for appellant.

*Davis, O'Brien & Wilson,* for respondents.

GILFILLAN, C. J. Although the evidence, beyond the fact of their possession, of the plaintiffs' title to the property in controversy is by no means decisive, yet we think there is enough to sustain the finding of fact by the court below.

Judgment affirmed.